UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                          Proceeding Date:  July 26, 2022

MAGISTRATE JUDGE SHARON A. KING

Court Reporter: Recorded

**Title of Case:**                                                        **Docket:** 16-3936(RBK/SAK)
RENA PIERCE
   V
CAMDEN CITY SCHOOL DISTRICT, ET AL

**Appearances:**
Louis Barbone, Esq. for plaintiff
Richard Goldstein, Esq. for defts.

**Nature of Proceedings:**     SETTLEMENT CONFERENCE
                               (Partially on the Record

Settlement placed on the record; 60 Day Order to be entered


Time Commenced:  2:00 pm     Time Adjourned:   4:40 pm     Total Time:   2 Hr. 40  Minutes


                                                             s/ Marnie Maccariella
                                                             DEPUTY CLERK


Cc: Chambers